

William A. Behe, Office of United States Attorney, Harrisburg, PA, for United States of America.

Richard F. Maffett, Jr., Socha & Maffett, Harrisburg, PA, for Appellant.

Before: AMBRO, and BECKER, Circuit Judges and STAGG, District Judge.*

OPINION

BECKER, Circuit Judge.

Pursuant to a plea agreement, appellant Elijah Shaheed Kemp entered a plea of guilty to felony charges involving the distribution of narcotics. He was sentenced to 92 months imprisonment.

Appellant challenges his sentence under *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). In *United States v. Davis,* 407 F.3d 162 (3d Cir.2005) (en banc), an opinion relating to the denial of a government petition for rehearing en banc concerning consideration of a *Booker* claim on plain error review, this Court stated that except in limited circumstances we will presume prejudice and direct a remand for re-sentencing where the district court imposed a sentence in the belief that the applicable Sentencing Guidelines were mandatory. That was the situation here, and we perceive no circumstance in this case which warrants a different result from that found in *Davis.*

We will therefore vacate the judgment and remand for re-sentencing.

---

* The Honorable Tom Stagg, United States District Judge for the Western District of Louisiana, sitting by designation.

**UNITED STATES of America,**

v.

**Tracey Lynn ABBOTT, Appellant.**

**No. 05–1140.**

United States Court of Appeals, Third Circuit.

Submitted Under Third Circuit LAR 34.1(a) March 9, 2006.

March 14, 2006.

William A. Behe, Office of United States Attorney, Harrisburg, PA, for Appellee.

Dennis E. Boyle, Nauman, Smith, Shissler & Hall, Harrisburg, PA, for Appellant.

Before: AMBRO, and BECKER, Circuit Judges and STAGG, District Judge.*

OPINION

BECKER, Circuit Judge.

Pursuant to a plea agreement, appellant Tracey Lynn Abbott entered a plea of guilty to felony charges involving the distribution of narcotics. He was sentenced to 48 months imprisonment.

---

* The Honorable Tom Stagg, United States District Judge for the Western District of Louisiana, sitting by designation.

Appellant challenges his sentence under *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). In *United States v. Davis*, 407 F.3d 162 (3d Cir.2005) (en banc), an opinion relating to the denial of a government petition for rehearing en banc concerning consideration of a *Booker* claim on plain error review, this Court stated that except in limited circumstances we will presume prejudice and direct a remand for resentencing where the district court imposed a sentence in the belief that the applicable Sentencing Guidelines were mandatory. That was the situation here, and we perceive no circumstance in this case which warrants a different result from that found in *Davis*.

We will therefore vacate the judgment and remand for re-sentencing.

**UNITED STATES of America**

v.

**Louis RIDDLE, Appellant.**

No. 05–2742.

United States Court of Appeals, Third Circuit.

Submitted under Third Circuit LAR 34.1(a) March 6, 2006.

Filed March 14, 2006.